# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **MICHAEL W. PLATT, on behalf of himself and his minor son, SDP** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:21-cv-01241-O** |
| | § | |
| **CARTERET COUNTY DEPARTMENT OF HUMAN SERVICES, NJIDEKA N. WHITE, and MELISSA K. PLATT,** | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On August 15, 2022, the United States Magistrate Judge made findings, conclusions, and recommendations in this case ("FCR") (ECF Nos. 40, 41). Plaintiff filed a response and objection on August 29, 2022 (ECF No. 42). The District Court reviewed de novo those portions of the FCRs to which objections were made, and reviewed the remaining portions of the FCRs for plain error. After reviewing all relevant matters of record in this case in accordance with 28 U.S.C. § 636(b)(1), the District Court believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court **OVERRULES** the objections, and finds no plain error in the remaining portions of the FCR and Supplemental FCR. Accordingly, the Court **ACCEPTS** the Findings, Conclusions, and Recommendations of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that Defendants County and CCDHS's Motion to Dismiss (ECF No. 14) and Defendant Melissa Platt's Motion to Dismiss (ECF No. 16) are **GRANTED** and Plaintiff's claims as to those Defendants are **DISMISSED**. It is further **ORDERED** that Plaintiff's Motion for Default Judgment Against Njideka N. White (ECF No. 31) is **DENIED**, that Plaintiff's Motion for Leave (ECF No. 32) is **DENIED AS MOOT**, that Defendant Njideka N. White's Motion to Dismiss (ECF No. 33) is **GRANTED**, and that Plaintiff's claims against Njideka N. White are **DISMISSED**.

**SO ORDERED** on this **30th day** of **August, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

2